IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KAMPEL TSHITAMBAL, | ) | |
| Plaintiff, | ) ) ) | NO. 3:08-0827 |
| v. | ) ) | JUDGE HAYNES |
| TOWER AUTOMOTIVE, SYMRNA, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Defendant's motion to dismiss the amended complaint (Docket Entry No. 15) contending that the Defendant was not Plaintiff's employer. To date, Plaintiff has not responded. This motion is **GRANTED** and this action is **DISMISSED without prejudice** for failure to state a claim.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 13th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge